pcm2.26.21

✓ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

JUL 13 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | * CRIMINAL NO. ELH-19-0286 |
| | * |
| **MALIK WILLIAMS** | * (Conspiracy to Distribute and Possess |
| a/k/a "FREAKY," | * with the Intent to Distribute Controlled |
| | * Substances, 21 U.S.C. § 846); Possession |
| **Defendant** | * with the Intent to Distribute Controlled |
| | * Substances, 21 U.S.C. § 841(a)(1); |
| | * Aiding and Abetting, 18 U.S.C. § 2; |
| | * Forfeiture, 21 U.S.C. § 853, and 28 |
| | * U.S.C. § 2461(c)). |
| | * |

*******

## SUPERSEDING INFORMATION

### COUNT ONE
(Conspiracy)

The United States Attorney for the District of Maryland charges that:

From July of 2018 through June 2019, in the District of Maryland,

**MALIK WILLIAMS,**
**a/k/a "FREAKY,"**

the defendant herein, did knowingly and willfully combine, conspire, confederate and agree with others known and unknown to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841

## COUNT TWO
(Possession with Intent to Distribute Cocaine)

The United States Attorney for the District of Maryland further charges that:

On or about June 25, 2019, in the District of Maryland, the defendant,

**MALIK WILLIAMS,**
**a/k/a "FREAKY,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1) and 841(b)(1)(C)
18 U.S.C. § 2

## FORFEITURE

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Counts One and Two of this Superseding Information.

### Narcotics Forfeiture

2. As a result of the offenses set forth in Counts One and Two incorporated here, the defendant shall forfeit:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Jonathan F. Lenzner/LnL*

Jonathan F. Lenzner
Acting United States Attorney

July 13, 2021
Date